IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC A. JOHNSON and<br>CAMILLA M. JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES<br>GROUP, INC., *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-cv-01275-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiffs' claims against Defendant The PNC Financial Services Group, Inc. are **DISMISSED.**

**SO ORDERED** this 13th day of May, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE